UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TROY BROOKS, et al | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-00862-O |
| CITY OF ARLINGTON, et al | § § | |

## NOTICE OF MANUAL FILING

Attached hereto is the index cover page of the "Appendix Supporting Ravi Singh's Motion to Dismiss" filed electronically on September 2, 2021. The DVD referenced in the Index and photocopied at Appendix page 2 is manually filed herein pursuant to § F p. 5 of the August 2016 "ECF Administrative Procedures Manual" because that Appendix page contains a video DVD. Therefore, this item of the Appendix Supporting Ravi Singh's Motion to Dismiss must be manually filed.

Respectfully submitted,

JAMES T. JEFFREY, JR.
Texas Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826
**ATTORNEY FOR DEFENDANT RAVI SINGH**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Notice and the Appendix containing the DVD recording has been served on counsel of record for all parties via certified mail, return receipt requested on this 2nd day of September, 2021.

JAMES T. JEFFREY, JR.

**NOTICE OF MANUAL FILING – Page 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| TROY BROOKS, et al | § | |
|---|---|---|
| | § | CIVIL ACTION NO. |
| v. | § | 4:21-CV-00862-O |
| | § | |
| CITY OF ARLINGTON, et al | § | |

## APPENDIX SUPPORTING RAVI SINGH'S MOTION TO DISMISS

| DOCUMENT: | PAGE: |
|---|---|
| YouTube video – Officer Singh's Bodycam | 2 |

Respectfully submitted,

/s/*James T. Jeffrey, Jr.*
JAMES T. JEFFREY, JR.
Texas Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826
**ATTORNEY FOR DEFENDANT RAVI SINGH**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Appendix has been served on counsel of record for all parties via electronic notice through the ECF System for the Northern District of Texas on this 2nd day of September, 2021.

/s/*James T. Jeffrey, Jr.*
JAMES T. JEFFREY, JR.

# LAW OFFICES OF JIM JEFFREY

3200 W. Arkansas Lane
Arlington, TX 76016

| | | |
|---|---|---|
| jim.jeffrey@sbcglobal.net<br>Fax-817-275-5826 | James T. Jeffrey, Jr.<br>Attorney at Law | 817-261-3200<br>817-261-4640 |

September 2, 2021

Clerk of the Court
U.S. DISTRICT COURT
501 West Tenth Street, Room 310
Fort Worth, TX 76102

RE:   Civil Action No. 4:21-cv-00862-O
*Troy Brooks, et al v. City of Arlington, et al*

Dear Clerk:

Enclosed for hand-filing with the Court on behalf of Defendant Ravi Singh is a Notice of Manual Filing [of a DVD video recording – "YouTube Video – Officer Singh's Bodycam" – included inside of the "Appendix Supporting Ravi Singh's Motion to Dismiss" (ECF Doc. 20)]. (Judge O'Connor's "Judge's Copy" is being delivered in a separate envelope.)

Respectfully submitted,

Linda Vowell
Paralegal to
JAMES T. JEFFREY, JR.
*Enclosure*

cc:
Mark V. Maguire
John J. Coyle
MCELDREW YOUNG
123 S. Broad Street
Philadelphia, PA 19109

S. Lee Merritt
MERRITT LAW FIRM, LLC
425 Pinson Road, Ste. M-201
Forney, Tx 75126

Robert Fugate, Deputy City Attorney
Cynthia Withers
City Attorney's Office
CITY OF ARLINGTON
MS 63-0300
P. O. Box 90231
Arlington, TX 76004-3231