IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TROY BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:21-cv-00862-O |
| | § | |
| CITY OF ARLINGTON, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On November 11, 2022, the Parties filed a Joint Settlement/Mediation Report (ECF No. 32) informing the Court that the Parties have reached, and are working to finalize, a settlement resolving all issues in the case. On December 14, 2022, the Parties filed another Joint Status Report (ECF No. 34) informing the Court that the Parties need an additional forty-five (45) days to conclude the settlement process. Accordingly, the Parties are **DIRECTED** to file the appropriate settlement papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2) – **no later than February 3, 2023**. All pending deadlines will remain **STAYED** pending the filing of appropriate settlement papers by the Parties. The Court has also removed the May 2023 trial date from its calendar. If the Parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the Parties should immediately file a Joint Status Report with the Court.

**SO ORDERED** this **16th day** of **December, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1