IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TROY BROOKS, as Administrator for the ESTATE OF MARGARITA VICTORIA BROOKS, <br><br>  Plaintiff <br><br> v. <br><br> THE CITY OF ARLINGTON, TEXAS, <br><br>  Defendant. | § § § § § § § § § § § § § | Civil Action No. 4:21-cv-00862-O |

## JOINT STATUS REPORT

NOW COME Plaintiff Troy Brooks, as Administrator for the Estate of Margarita Victoria Brooks, and Defendant City of Arlington, and in compliance with this Court's December 16, 2022, Order (ECF 35), provide the Court with the current status of the case as regards settlement:

### SUMMARY

The case has been settled by agreement of the parties. The parties have requested appointment of an attorney ad litem. The parties have prepared draft documents for the ad litem to review to facilitate the prompt resolution of this matter and provide for the children of Margarita Victoria Brooks, the decedent.

### JOINT REPORT

The Court's order (ECF 35) directs the parties to prepare settlement documents and present them to the Court. The Court's order also directs the parties to update the Court regarding those preparations. The parties have drafted preliminary documents, and have, contemporaneous with this joint report, filed a motion requesting that the Court appoint an attorney ad litem to oversee the interests of the beneficiaries of the settlement, i.e., the decedent's children.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Mark V. Maguire | /s/ Joshua A. Skinner |
| JOHN J. COYLE | Cynthia Withers |
| MARK V. MAGUIRE | Texas Bar No. 00791839 |
| MCELDREW YOUNG | cynthia.withers@arlingtontx.gov |
| 123 S. Broad Street | Joshua A. Skinner |
| Philadelphia, PA 19109 | Texas Bar No. 24041927 |
| (215) 545-8800 | joshua.skinner@arlingtontx.gov |
| Fax (215) 545-8805 | |
| AND | **City of Arlington City Attorney's Office** |
| S. Lee Merritt | Post Office Box 90231, MS 63-0300 |
| PA State Bar No. PA314891 | Arlington, Texas 76004-3231 |
| MERRITT LAW FIRM, LLC | Telephone: (817) 459-6878 |
| 425 Pinson Road, Ste. M-201 | Facsimile: (817) 459-6897 |
| Forney, Tx 75126 | |
| (215) 545-8800 | **ATTORNEYS FOR DEFENDANT** |
| Fax (215) 545-8805 | **CITY OF ARLINGTON, TEXAS** |
| **ATTORNEYS FOR PLAINTIFF** | |

JOINT STATUS REPORT – Page 2