IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TROY BROOKS, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 4:21-cv-00862-O |
| § | |
| CITY OF ARLINGTON, TEXAS, § § § § | |
| Defendant. § | |

## ORDER

Before the Court is the Unopposed Motion to Appoint Attorney Ad Litem for Minors (ECF No. 36), filed February 1, 2023. Having considered the Motion, the Court finds it is well-taken and should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Victoria Ryon is appointed as Attorney Ad Litem to represent the interests of L.E., B.C., and H.C., Decedent's minor children. Ms. Ryon's contact information follows:

Address:   Ryon Law PLLC
           2126 Hamilton Road, Suite 420
           Argyle, TX 76226
Telephone: (817) 773-2704

**SO ORDERED** on this **2nd day** of **February, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1